IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MARINI TAZAMISHA STURNS,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. **3:21-CV-2307-L** |
| **THE KROGER COMPANY; KROGER SPECIALTY INFUSION; and RYAN MCGRATH,** | § § § § § | |
| Defendants. | § § | |

# JUDGMENT

The court issues this judgment pursuant to its order dated October 13, 2022.  It is, therefore,

**ordered, adjudged, and decreed** that this action is **dismissed without prejudice** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**Signed** this 13th day of October, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　Sam A. Lindsay
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

**Judgment – Solo Page**